[No. 32325-7-II. Division Two. November 8, 2005.]

*In the Matter of the Marriage of* KRISTY W. HOUSE, *Respondent,* and JOHN STEWART WIBORG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-02758-7, Bruce W. Cohoe, J., entered October 4, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.

[No. 32596-9-II. Division Two. November 8, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DEWAYNE MAURICE HURD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04735-0, Katherine M. Stolz, J., entered December 2, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Houghton, J.

[No. 22830-4-III. Division Three. November 8, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE TAYLOR, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 03-1-50452-1, Vic L. VanderSchoor, J., entered March 2, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 23130-5-III. Division Three. November 8, 2005.]

CAROLYN G. SCHUBERT, *Respondent,* v. KANDIS S. HARLOW, *Defendant,* R.J. OLSON FAMILY, L.L.C., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07312-8, Jerome J. Leveque, J., entered June 4, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.